WILLIAM LISKAMM, Appellant, v. TRI-BORO COACH CORPORATION et al., Respondents.— Motion to dispense with the printing of certain portions of the testimony and to dispense with the printing of exhibits denied, without costs, without prejudice to the renewal of the motion after the settlement of the case on appeal. The case should first be settled pursuant to the provisions of the Civil Practice Act (§§ 575, 576) and the Rules of Civil Practice (rules 230, 232) and in accordance with established practice (*Boylan* v. *Southern Pacific Co.*, 253 App. Div. 195). Present — Nolan, P. J., Adel, Wenzel, Mac-Crate and Schmidt, JJ.

■

ROBERT METRICK COMPANY, INC., Appellant, v. JOE TEICH et al., Respondents. — Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See *ante*, p. 803.]

■

JEAN Z. AURILIO, Appellant, v. BRANDRETH STREET PARKING, INC., Respondent, et al., Defendants.— In an action to foreclose a mortgage on real property, plaintiff appeals from an order denying her motion to strike out the corporate defendant's answer and to direct summary judgment. Order affirmed, with $10 costs and disbursements. Triable issues are raised, determination of which should await the trial of the action. Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur.

■

IRWIN COOPER, Respondent, v. CITY OF NEW YORK, Appellant, et al., Defendants.— In an action to recover damages for personal injuries, the jury rendered a verdict for $4,000 in favor of plaintiff and against defendants City of New York and Kupfer and in favor of defendant city against defendant Kupfer on the city's cross complaint. Defendant city appeals from the judgment insofar as it is in favor of plaintiff and against said defendant. Judgment insofar as appealed from reversed on the facts and a new trial granted, with costs to abide the event, unless within ten days after the entry of the order hereon plaintiff stipulate to reduce the verdict to $2,500, in which event the judgment, as so reduced, is unanimously affirmed, without costs. In our opinion the verdict is excessive. Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ., concur.